NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CROWLEY GOVERNMENT SERVICES, INC.,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

---

2024-2121

---

Appeal from the United States Court of Federal Claims in No. 1:23-cv-02172-DAT, Judge David A. Tapp.

---

**ON MOTION**

---

Before PROST, CHEN, and HUGHES, *Circuit Judges*.

PER CURIAM.

## O R D E R

In this bid protest case, Crowley Government Services, Inc. appeals from the United States Court of Federal Claims's rejection of its challenge to certain terms in a request for proposal.  In light of the subsequent removal of those terms from the proposal, the parties jointly move to

2                    CROWLEY GOVERNMENT SERVICES, INC. v. US

vacate the underlying judgment and remand with instructions to dismiss the bid protest as moot.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  The motion is granted.

(2)  Each side shall bear its own costs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

November 25, 2025
Date

ISSUED AS A MANDATE:  November 25, 2025